[Nos. 57176-1-I; 57177-0-I.   Division One.   February 12, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH ELIJAH AGEE, *Appellant*.

Appeals from judgments of the Superior Court for King County, Nos. 04-1-06900-5 and 04-1-13296-3, Linda Lau, J., entered September 30, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57229-6-I.   Division One.   February 12, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. TERRY SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-04824-5, Mary Yu, J., entered October 31, 2005. *Affirmed* by unpublished per curiam opinion.

[Nos. 57301-2-I; 57302-1-I.   Division One.   February 12, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHAN MATTHEW WEYRICH, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 04-1-09829-3, Theresa B. Doyle, J., entered October 24, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 57325-0-I.   Division One.   February 12, 2007.]

*In the Matter of the 1993 Jeep Cherokee License 359PEH, VIN # J4GZ78S5PC677048 and $440 in U.S. Currency.* JORGE IMAN, *Appellant*, v. THE CITY OF BELLEVUE, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 04-2-40293-0, Nicole MacInnes, J., entered November 2, 2005. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Schindler, A.C.J., and Baker, J.